| | | | |
|---|---|---|---|
| In re Adoption of K.K.; Appeal of K.K. | 850 WDA 2016<br>Affirmed | 11/15/2016 | CP–63–DP–0000174–2015<br>(Washington) |
| Com. v. Lewis ..................... | 3015 EDA 2014<br>Quashed and<br>Remanded | 11/16/2016 | CP–51–CR–0007658–2012<br>(Philadelphia) |
| Com. v. Sample .................... | 1745 EDA 2015<br>Affirmed | 11/16/2016 | CP–51–CR–0517451–1991<br>(Philadelphia) |
| Com. v. Harvey .................... | 2215 EDA 2015<br>Affirmed | 11/16/2016 | CP–39–CR–0003188–2014<br>(Lehigh) |
| In the Interest of: J.R. ............ | 2294 EDA 2015<br>Appeal<br>dismissed | 11/16/2016 | CP–51–JV–0080168–2007<br>(Philadelphia) |
| Com. v. Costen.................... | 3600 EDA 2015<br>Affirmed | 11/16/2016 | CP–23–CR–0001094–2012<br>(Delaware) |
| Com. v. Perez..................... | 456 EDA 2016<br>Affirmed | 11/16/2016 | CP–51–CR–1051451–1991<br>(Philadelphia) |
| Com. v. Cantwell.................. | 1248 EDA 2016<br>Affirmed | 11/16/2016 | CP–09–CR–0007644–2015<br>(Bucks) |
| In the Interest of: E.C............. | 1297 EDA 2016<br>Affirmed | 11/16/2016 | CP–51–DP–0001663–2012<br>(Philadelphia) |
| In the Interest of: P.E.C. .......... | 1299 EDA 2016<br>Affirmed | 11/16/2016 | CP–51–DP–0001664–2012<br>(Philadelphia) |
| In re K.R.T. ...................... | 1376 EDA 2016<br>Affirmed | 11/16/2016 | No. 2015–9103<br>(Bucks) |
| Doolittle Investments, LLC v. Motorists<br>Mutual[20] ...................... | 235 MDA 2016<br>Reversed and<br>Remanded | 11/16/2016 | CI–08–01714<br>(Lancaster) |
| In the Interest of: M.C.R. .......... | 319 MDA 2016<br>Affirmed | 11/16/2016 | CP–06–JV–0000804–2015<br>(Berks) |
| In the Interest of: M.C.R. .......... | 320 MDA 2016<br>Affirmed | 11/16/2016 | CP–06–JV–0000473–2015<br>(Berks) |
| Com. v. Cole...................... | 1526 WDA 2015<br>Affirmed | 11/16/2016 | CP–02–CR–0013244–2013<br>(Allegheny) |
| Com. v. Selner .................... | 1628 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 11/16/2016 | CP–33–CR–0000500–2013<br>(Jefferson) |

20. Petition for reargument denied January 25, 2017.